

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/24/2017

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| DUKE INVESTMENTS, LTD., § | Case No. 10-36556 | |
| § | | |
| Debtor § | Chapter 11 | |
| § | | |
| § | | |
| § | | |
| AMEGY BANK. N.A., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Adversary No. 14-03340 | |
| § | | |
| DUKE INVESTMENTS, LTD. and § | | |
| MARK L. DUKE § | | |
| Defendants. § | | |

## AGREED FINAL JUDGMENT

The Parties have announced an agreement that Amegy Bank, N.A. shall have a judgment of $82,468.19 against Mark L. Duke and a judgment of $1,411,395.65 against Duke Investments, Ltd. and that any and all other claims against Mark L. Duke are dismissed with prejudice, it is therefore

**ORDERED** that Amegy Bank, N.A. have and receiver judgment against Mark L. Duke in the amount of Eighty Two Thousand Four Hundred Sixty Eight and 19/100 Dollars ($82,468.19) with interest thereon at the Federal Post Judgment interest rate of 1.00% per annum; and it is further

**ORDERED** that any and all other claims which Amegy Bank, N.A. may have against Mark L. Duke, whether asserted or not, in this Adversary Proceeding are hereby dismissed with prejudice, it is further

**ORDERED** that Amegy Bank, N.A. have and recover judgment of and from Duke Investments, Ltd., the amount of $1,411,395.65 without interest; it is further

**ORDERED** that any and all other claims which Amegy Bank, N.A. may have against Duke Investments, Ltd., asserted or not, in this Adversary Proceeding are hereby dismissed with prejudice, it is further

**ORDERED** that any and all other claims, whether asserted or not, by any Party are dismissed with prejudice.

This is a final judgment and the clerk is directed to close this adversary proceeding.

**Signed: April 24, 2017.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**APPROVED AND ENTRY REQUESTED:**

HIRSCH & WESTHEIMER, P.C.

By:   */s/ Michael Durrschmidt*
      Michael Durrschmidt
      State Bar No. 06287650
      1415 Louisiana, 36th Floor
      Houston, TX  77002
      Telephone: 713-220-9165
      Facsimile: 713-223-9319
      Email: mdurrschmidt@hirschwest.com

**ATTORNEY FOR MARK L. DUKE**

HIRSCH & WESTHEIMER, P.C.

By: */s/ Michael Durrschmidt*
Michael Durrschmidt
State Bar No. 06287650
1415 Louisiana, 36th Floor
Houston, TX 77002
Telephone: 713-220-9165
Facsimile: 713-223-9319
Email: mdurrschmidt@hirschwest.com

**COUNSEL FOR DUKE INVESTMENTS, LTD. FOR LIMITED PURPOSE OF CLOSING OUT ADVERSARY PROCEEDING AND BANKRUPTCY CASE**

JACKSON WALKER, L.L.P.

By: */s/ Kenneth Stohner, Jr.*
Kenneth Stohner, Jr.
State Bar No. 19263700
Southern District of Texas No. 24160
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: 214-953-6000
Facsimile: 214-661-6803
Email: kstohner@jw.com

**ATTORNEYS FOR AMEGY BANK, N.A.**